UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES EISNER,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID HOLLISTER, et al.,<br><br>    Defendants. | No. 2:21-cv-02337-TLN-KJN<br><br>**ORDER** |

   On February 7, 2022, the magistrate judge filed findings and recommendations (ECF No. 5), which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

   The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

//

//

//

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are ADOPTED IN FULL;
2. The action is DISMISSED pursuant to Federal Rules of Civil Procedure 12(b)(1); 12(b)(6); and 41(b), and further leave to amend is DENIED; and
3. The Clerk of Court is directed to CLOSE this case.

DATED: March 9, 2022

Troy L. Nunley
United States District Judge